Opinion approved by the court.

**SAPET v. STATE.**

No. 26662.

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

**William Howard FITZGERALD, Appellant**

**v.**

**STATE, Appellee.**

No. 26906.

Court of Criminal Appeals of Texas.

March 31, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $100.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the dismissal thereof.

The motion is granted and the appeal ordered dismissed.